AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 788010-21-0010 | Date and time warrant executed: 12/1/2021 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
4:19 pm, Dec 14, 2021
**JEFFREY P. COLWELL, CLERK**

Electronic downloads of the below listed items:

Device: ........................................... Apple Cellphone Item#1
Device Model: ............................... iPhone XR
IMEI/Serial #: ............................... 356833112783158
Device Capacity: ........................... 64 GB
SHA256 Hash Value:
d2eab10abbd430ef3d349e86d6495d84928da9128e285749f1fe75e3128a3433

Device: ........................................... Samsung Cell Phone
Device Model: ............................... SM-G935V
IMEI/Serial #: ............................... 359471070901384
Device Capacity: ........................... 64 GB
SHA1 Hash Value: A81642C935CF6E8522522F5FD64DA4FDB22B7F25

Electronic copy of the below listed thumb drive:

Description:
File system: FAT16
Total capacity: 532,807,680 bytes = 508 MB
Sector count: 1,040,640
Usable sectors: 1,040,320
First data sector: 294
Bytes per sector: 512
Bytes per cluster: 16,384
Free clusters: 15,390 = 47% free
Total clusters: 32,510
FAT1 = FAT2
Clean shut down: Yes
I/O error-free: Yes
Serial No.: 965D0393 (hex)
Serial No.: 93035D96 (hex, rev)
Serial No.: 2466471318 (dec, rev)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/14/21

*Executing officer's signature*

Joel Hegarty, Special Agent, ATF
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

An iPhone, red color, in a clear case, a Galaxy S7 edge cellular phone, IMEI: 359471070901384, and a red thumb drive with letters "DD" on the exterior of the drive, held in evidence and associated with ATF case 788010-21-0010, currently stored in the ATF Evidence Vault and more fully described in Attachment A, attached hereto.

)
)
)
)
)
)
)
)
)
)

Case No. 1:21-sw-1208-NYW

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __December 14, 2021__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Nina Y. Wang
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __4:08 pm, Nov 30, 2021__

*Nina Y. Wang*
*Judge's signature*

City and state: __Denver, CO__

United States Magistrate Judge